ERIC RAYMOND WILLIAMS
110 KATIE TRL SE
BOGUE CHITTO, MS 39629

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3300
MERRIFIELD, VA 22119

SOUTHEAST LOGISTICS INC
110 KATIE TRL SE
BOGUE CHITTO, MS 39629

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

PIKE NATIONAL BANK
P.O. BOX 1666
MCCOMB, MS 39649

TD AUTO FINANCE
ATTN: BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS, MI 48333

AMEX
PO BOX 981535
EL PASO, TX 79998

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

BOERNER LAW FIRM
PO BOX 205
BROOKHAVEN, MS 39602

RADIUS GLOBAL SOLUTION
7505 METRO BLVD
EDINA, MN 55439

WELLS FARGO
PO BOX 14517
DES MOINES, IA 50306

CAPITAL ONE
P.O. BOX 60599
CITY OF INDUS, CA 91716-05

S&G FINANCIAL OF MS
415 HWY 49 S
RICHLAND, MS 39218

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-734

SBA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SIMPSON LAW FIRM
P.O. BOX 2058
MADISON, MS 39130-2058

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

SMALL BUSINESS ADMINIS
P.O. BOX 740192
ATLANTA, GA 30374-0192

KUBOTA CREDIT CORP
ATTN: BANKRUPTCY
1000 KUBOTA DRIVE,
GRAPEVINE, TX 76051

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204