**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

---

IN RE:

ERIC RAYMOND WILLIAMS — CASE NO. 26-02194-KMS
CHAPTER 13

Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

---

Please take notice that the firm of Evans Petree PC will represent the interests of TD Bank, N.A. ("TD Bank") in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

Jacob Zweig, Esq.
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

/s/ Jacob Zweig
Jacob Zweig, Esq. (MS Bar No. 104725)
Evans Petree PC
Attorneys for TD Bank
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 525-6781 telephone
(901) 374-7486 fax
jzweig@evanspetree.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of August, 2026, a copy of the foregoing electronically filed Notice was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

Eric Raymond Williams
110 Katie Trl Se
Bogue Chitto, MS 39629

David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

/s/ Jacob Zweig
Jacob Zweig
Evans Petree PC