**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| IN RE:<br><br>ERIC RAYMOND WILLIAMS<br><br>Debtor. | CASE NO. 26-02194-KMS<br>CHAPTER 13 |

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW TD Bank, N.A. ("TD Bank"), by and through counsel, and for its Objection to Confirmation of Chapter 13 Plan, states as follows:

1. Eric Raymond Williams ("Debtor") commenced the above-captioned bankruptcy case on August 13, 2026 ("Petition Date") by filing a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. TD Bank is a secured creditor of the Debtor by virtue of a Retail Installment Sale Contract ("Contract") dated November 10, 2022 for the purchase of a 2023 Chevrolet Traverse, VIN 1GNERKKW6PJ133463 ("Vehicle"), which Contract was assigned to TD Bank.

3. On the Petition Date, the payoff amount owed to TD Bank under the Contract was $26,837.26, as evidenced by TD Bank's timely filed Proof of Claim.

4. The Debtor's Chapter 13 Plan ("Plan") proposes to value the Vehicle at $22,975.00, which secured claim amount is to be paid together with interest at 8.5%.

5. The J.D. Power retail value of the Vehicle, taking into account the Debtor's stated mileage of 45,000 miles, is $39,058.00. A true and correct copy of the J.D. Power Value Report for the Vehicle is attached hereto and incorporated herein.

6. Pursuant to 11 U.S.C. § 506(a)(2), the value of the Vehicle shall be determined based on the replacement value of such property. Section 506(a)(2) further provides that

replacement value shall mean the price a retail merchant would charge for property of that kind considering the age and condition of the property.

7. The Plan does not meet the requirements of 11 U.S.C. §§ 1325(a)(1) and (5) in that the Plan does not propose to pay TD Bank its secured claim in full, together with *Till* interest, plus reasonable fees and costs, since the value of the Vehicle exceeds TD Bank's claim

WHEREFORE, the above premises considered, TD Bank prays that:

(a) Confirmation of the Debtor's Chapter 13 Plan be denied; and

(b) TD Bank be granted such other and further relief to which it may be entitled.

Respectfully submitted,

/s/ Jacob Zweig

Jacob Zweig (MS Bar No. 104725)
Attorney for TD Bank
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
(901) 271-0726
jzweig@evanspetree.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 31st day of August, 2026, a copy of the foregoing electronically filed Objection to Confirmation of Chapter 13 Plan was served on the parties listed below by first-class mail, postage-prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

Eric Raymond Williams
110 Katie Trl Se
Bogue Chitto, MS 39629

David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

/s/ Jacob Zweig
Jacob Zweig
Evans Petree PC