JDPOWER

# 2023 Chevrolet Traverse

Utility 4D Premier AWD Values

## Pricing & Values

Prices shown for the used **2023 Chevrolet Traverse Utility 4D Premier AWD** with 45000 miles are what people paid to buy this vehicle or what people received when trading in this vehicle at a dealer.
**Edit options.**

### Buy From Dealer

Prices shown are what people paid including dealer discounts. Taxes and fees (title, registration, license, document, and transportation fees) are not included.

Buy from Dealer | Buy Certified from Dealer

Average Price Paid

**$39,058**



80% of People Paid

**$35,375 - $42,913**

## Estimated Trade-In Value

Prices shown are what people received from a dealer for their trade-in vehicle by condition. **See definitions.**

| | |
|---|---|
| Base Price | $31,250 |
| Mileage and Options | $850 |
| **Low** | **$32,100** |
| Base Price | $33,000 |
| Mileage and Options | $850 |
| **Average** | **$33,850** |
| Base Price | $34,250 |
| Mileage and Options | $850 |
| **High** | **$35,100** |

The values are not for commercial use.
Looking for values for your business? **JD Power Valuation Services** can help.

## 2023 Chevrolet Traverse Photos And Videos

Selected Trim: Utility 4D Premier AWD

All Interior Photos    All Exterior Photos

**See 15 Photos And Videos >**

# Car Loan Calculator

Monthly Payments | **What Can I Afford**

| | |
|---|---|
| Car Price<br>$39,058 | Trade-In Value<br>$0 |
| Interest Rate (%)<br>3.95 | Down Payment<br>$0 |
| Sales Tax (%)<br>California 7.25% | Loan Term (Months)<br>60 |

**$770.52** per month

Actual price and payments may be different due to local rebates, specials, fees, and credit qualifications. Consult your dealer for actual price, payments, and complete details. **View Disclosures**

# Consumer Ratings

### 2023 Chevrolet Traverse




Previous year ratings
& review data used.

The JD Power 100-Point Score is based on hundreds of thousands of independent and unbiased opinions of verified car owners.

See the **2023 Chevrolet Traverse** model page for more details.