MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: Eric Raymond Williams

Debtor(s)

Case No.: 26-02194-KMS

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, TD Bank, N.A., a
[Name of Corporate Party]

**[Check One]**

- ☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- ☐ Corporate Debtor **FRBP 1007(a)(1)**
- ☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- ☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☐ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

☑ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 08/29/2026

/s/ Jacob Zweig
Attorney Signature

Jacob Zweig
Attorney Name

104725
State Bar Number

1715 Aaron Brenner Drive, Suite 800
Address

Memphis, TN 38120
City, State, and Zip Code

(901) 271-0726
Telephone Number

jzweig@evanspetree.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**