CASE ADMINISTRATOR: DARLENE SLADE

PROCEEDING MEMO AND MINUTES OF
CHAPTER 13 SECTION 341 MEETING
DATE: September 17, 2026

IN RE:

ERIC RAYMOND WILLIAMS
110 Katie Trl Se
Bogue Chitto, MS 39629

CHAPTER 13 PROCEEDING:

26-02194 KMS

APPEARANCES:

(X) DEBTOR 1
- ( ) Required Picture ID Produced
- ( ) Required SSN Verification

( ) DEBTOR 2
- ( ) Required Picture ID Produced
- ( ) Required SSN Verification

(✓) ATTORNEY FOR DEBTOR: THOMAS C. ROLLINS, JR JC

(X) CREDITOR(S): ______________________

( ) THE MEETING OF CREDITORS WAS HELD

(✓) THE MEETING OF CREDITORS WAS NOT HELD THIS DATE FOR THE FOLLOWING REASON:

no 2025

(✓) THE MEETING OF CREDITORS IS ADJOURNED TO 10 / 21 / 2026 AT 9 : 00 A.M. / P.M.

| | | | | |
|---|---|---|---|---|
| PRIOR FILINGS | ______ | Y | ______ | N |
| LAWSUITS PENDING | ______ | Y | ______ | N |
| CHILD SUPPORT | ______ | Y | ______ | N |
| CURRENT WITH PAYMENTS | ______ | Y | ______ | N |
| CERT. OF CREDIT COUSELING | ______ | Y | ______ | N |

TAX REFUND REC'D Y / N AMOUNT $ ________ DATE REC'D ____/____/____

ADDITIONAL NOTES: ______________________

TRAK # 5

/s/ David Rawlings
DAVID RAWLINGS, TRUSTEE
PRESIDING OFFICER