**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 18, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: ERIC RAYMOND WILLIAMS
DEBTOR(S)

CASE NO. 26-02194-KMS
CHAPTER 13

**ORDER RESCHEDULING § 341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION AND RESETTING CONFIRMATION HEARING**

On *ore tenus* motion of the Chapter 13 Trustee in the above-styled case to reschedule § 341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

**IT IS ORDERED THAT**:

1. The § 341 Meeting of Creditors is reset to October 21, 2026, at 9:00 AM. **PLEASE TAKE NOTICE** that the said Meeting of creditors will be conducted via ***ZOOM VIDEO MEETING***:

   **Trustee: David Rawlings**
   **Go to zoom.us/join, enter: Meeting ID: 431 357 5185 and Passcode: 8402453787, OR call: 769-267-0361**
   **For additional meeting information go to: www.justice.gov/ust/moc**

   Please do not appear in person for the meeting. Debtor(s) must join ZOOM as described above to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee at:

   Trustee Phone: (601) 582-5011
   Trustee email: ecfnotices@rawlings13.net

2. The Objection to Confirmation Deadline is extended until November 4, 2026.

3. The Confirmation Hearing is reset for November 12, 2026, at 10:00 A.M. at the United States Courthouse, Courtroom 1, 109 South Pearl Street, Natchez, MS 39120. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Debtor will serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr.P.2002(a)(9) and (b)(3). Within two days after service, the Debtor shall file a certificate of service with the court that includes a copy of this Order and a record of the parties served.

***##END OF ORDER##***

Submitted by:
/s/ David Rawlings
David Rawlings, Trustee
PO Box 566
Hattiesburg MS 39403
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
ERIC RAYMOND WILLIAMS

CASE NO: 26-02194-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/21/2026, I did cause a copy of the following documents, described below,

Order Rescheduling 341

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/21/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

ERIC RAYMOND WILLIAMS

CASE NO: 26-02194-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/21/2026, a copy of the following documents, described below,

Order Rescheduling 341

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/21/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-02194-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
MON SEP 21 8-24-45 PST 2026

TD BANK NA
CO EVANS PETREE PC
1715 AARON BRENNER DRIVE
SUITE 800
MEMPHIS TN 38120-1445

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

AMEX
PO BOX 981535
EL PASO TX 79998-1535

BMO BANK NA
PO BOX 3040
CEDAR RAPIDS IA 52406-3040

BOERNER LAW FIRM
PO BOX 205
BROOKHAVEN MS 39602-0205

BROOKHAVEN RADIOLOGY PLLC
CO FRANKLIN SERVICE INC
PO BOX 3910
TUPELO MS 38803-3910

CAPITAL ONE
PO BOX 60599
CITY OF INDUS CA 91716-0599

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

JACOB ZWEIG ESQ
EVANS PETREE PC
FOR TD BANK NA
1715 AARON BRENNER DRIVE SUITE 800
MEMPHIS TN 38120-1445

JEFFERSON CAPITAL
ATTN BANKRUPTCY
200 14TH AVE E
SARTEKK MN 56377-4500

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KUBOTA CREDIT CORP
ATTN BANKRUPTCY
1000 KUBOTA DRIVE
GRAPEVINE TX 76051-2334

NAVY FEDERAL CREDIT UNION
CO WELTMAN WEINBERG REIS CO LPA
5990 WEST CREEK RD SUITE 200
INDEPENDENCE OH 44131-2191

NAVY FCU
ATTN BANKRUPTCY
PO BOX 3300
MERRIFIELD VA 22119-3300

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD VA 22119-3000

PIKE NATIONAL BANK
PO BOX 1666
MCCOMB MS 39649-1666

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RADIUS GLOBAL SOLUTION
7505 METRO BLVD
EDINA MN 55439-3010

SG FINANCIAL OF MS
415 HWY 49 S
RICHLAND MS 39218-9496

SBA
CO US ATTORNEYS OFFI
501 E COURT ST
STE 4430
JACKSON MS 39201-5025

SIMPSON LAW FIRM
PO BOX 2058
MADISON MS 39130-2058

SMALL BUSINESS ADMINIS
PO BOX 740192
ATLANTA GA 30374-0192

SMITH ROUCHON
SRA
1456 ELLIS AVE
JACKSON MS 39204-2204

SOUTHEAST LOGISTICS INC
110 KATIE TRL SE
BOGUE CHITTO MS 39629-8917

TD BANK NA
PO BOX 16041
LEWISTON ME 04243-9523

TD AUTO FINANCE
ATTN BANKRUPTCY
PO BOX 9223
FARMINGTON HILLS MI 48333-9223

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON MS 39201-5022

WELLS FARGO
PO BOX 14517
DES MOINES IA 50306-3517

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

ERIC RAYMOND WILLIAMS
110 KATIE TRL SE
BOGUE CHITTO MS 39629-8917

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767