**SO ORDERED,**

Katharine M. Samson

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 30, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| IN RE:<br><br>ERIC RAYMOND WILLIAMS<br><br>Debtor. | CASE NO. 26-02194-KMS<br>CHAPTER 13 |

**AGREED ORDER RESOLVING**
**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#13)**

THIS MATTER having come on for consideration of the Objection to Confirmation of Chapter 13 Plan (Dkt.#13) filed on behalf of TD Bank, N.A. ("TD Bank"), the record herein and the stipulations of counsel for the Debtor and counsel for TD Bank, and the Court being further advised that the parties have reached an agreement resolving TD Bank's Objection; it is therefore

**ORDERED, ADJUDGED AND DECREED** that TD Bank's secured claim with respect to the Debtor's 2023 Chevrolet Traverse, VIN: 1GNERKKW6PJ133463 ("Vehicle"), shall be allowed and paid in its full amount of $26,837.26, together with *Till* interest of 8.5%, through the Debtor's Chapter 13 Plan.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with 11 U.S.C. § 1325(a)(5)(B)(i), TD Bank shall not be required to release its lien on the Vehicle until the earlier of payment of the underlying debt determined under nonbankruptcy law or discharge under 11 U.S.C. § 1328.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Agreed Order shall supersede and control the amount and interest to be paid on TD Bank's secured claim under the Debtor's Chapter 13 Plan to the extent any preconfirmation amended Plan filed by the Debtor in the future is inconsistent.

**##END OF ORDER##**

AGREED TO AND APPROVED FOR ENTRY:

/s/Jacob Zweig
Jacob Zweig (MS Bar No. 104725)
Attorney for TD Bank
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
Attorney for Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

/s/ Brian Wilson, Atty for
Samuel J. Duncan XXXXXXXXXXX Brian Wilson
Attorney for Chapter 13 Trustee,
David Rawlings
P.O. Box 566
Hattiesburg, MS 39403