United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-02194-KMS
Eric Raymond Williams Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: mssbad Page 1 of 1
Date Rcvd: Sep 30, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Raymond Williams, 110 Katie Trl Se, Bogue Chitto, MS 39629-8917 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jacob C Zweig | on behalf of Creditor TD Bank N.A. jzweig@evanspetree.com, mstevens@evanspetree.com;jstonecipher@evanspetree.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Eric Raymond Williams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 30, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

| | |
|---|---|
| IN RE:<br><br>ERIC RAYMOND WILLIAMS<br><br>Debtor. | CASE NO. 26-02194-KMS<br>CHAPTER 13 |

**AGREED ORDER RESOLVING**
**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#13)**

THIS MATTER having come on for consideration of the Objection to Confirmation of Chapter 13 Plan (Dkt.#13) filed on behalf of TD Bank, N.A. ("TD Bank"), the record herein and the stipulations of counsel for the Debtor and counsel for TD Bank, and the Court being further advised that the parties have reached an agreement resolving TD Bank's Objection; it is therefore

**ORDERED, ADJUDGED AND DECREED** that TD Bank's secured claim with respect to the Debtor's 2023 Chevrolet Traverse, VIN: 1GNERKKW6PJ133463 ("Vehicle"), shall be allowed and paid in its full amount of $26,837.26, together with *Till* interest of 8.5%, through the Debtor's Chapter 13 Plan.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with 11 U.S.C. § 1325(a)(5)(B)(i), TD Bank shall not be required to release its lien on the Vehicle until the earlier of payment of the underlying debt determined under nonbankruptcy law or discharge under 11 U.S.C. § 1328.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Agreed Order shall supersede and control the amount and interest to be paid on TD Bank's secured claim under the Debtor's Chapter 13 Plan to the extent any preconfirmation amended Plan filed by the Debtor in the future is inconsistent.

**##END OF ORDER##**

AGREED TO AND APPROVED FOR ENTRY:

/s/Jacob Zweig___________________
Jacob Zweig (MS Bar No. 104725)
Attorney for TD Bank
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120

/s/ Thomas Carl Rollins, Jr._________
Thomas Carl Rollins, Jr.
Attorney for Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

/s/ Brian Wilson, Atty for
______________________________
Samuel J. Duncan
XXXXXXXXXXXX Brian Wilson
Attorney for Chapter 13 Trustee,
David Rawlings
P.O. Box 566
Hattiesburg, MS 39403