**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Eric Raymond Williams** **BANKRUPTCY NO. 26-02194-KMS**

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to Bankruptcy Rules 2002 and 9010, John S. Simpson of the law firm of Simpson Law Firm PA, hereby enters his appearance as attorney for S&G Financial, LLC and requests that all documents, pleadings and mailings be sent to Simpson Law Firm PA.

Please add the following name and address to the list of creditors:

John S. Simpson, MSB No. 8525
Simpson Law Firm PA
Attorney for S&G Financial, LLC
P.O. Box 2058
Madison, MS 39130-2058
(601) 957-6600
jsimpson@simpsonlawfirm.net

Date: October 15, 2026.

/s/ John S. Simpson
John S. Simpson

## CERTIFICATE OF SERVICE

I certify that copies of the foregoing documents were served upon the following:

Thomas Carl Rollins, Jr., MSB No. 103469
Attorney for Debtor
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
(601)500-5533
trollins@therollinsfirm.com

David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601)582-5011
drawlings@rawlings13.net

by electronic notice, on October 15, 2026.

/s/ John S. Simpson
John S. Simpson