UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: ERIC RAYMOND WILLIAMS

Chapter 13
Case No:26-02194 KMS

---

OBJECTION TO CONFIRMATION OF
INITIAL PLAN

---

Comes now David Rawlings, Standing Chapter 13 Trustee who would show the Court the following for which relief is sought. It is reasonably believed and the proof will show that the Chapter 13 petition and plan fail to comply with the following:

1. 11 U.S.C. §1325(a)(1). The plan does not comply with the provisions of Chapter 13 and with the other applicable provisions of the Bankruptcy Code in that **1: Trustee calculates a Best Interest of at least $71,155.00 that is not met; 2: the real property at 304 Ash is valued at $25,250 on A/B, while the Lincoln County Assessor shows the property to be valued at $31,960.00; 3: the real property at 214 Mildred is valued at $18,380 on A/B, while the Lincoln county Assessor shows the property to be valued at $22,140.00; 5: Debtor's 2024 business return provided appears to depreciate several trailers, at 341 Debtor testified had one trailer that does not appear be listed on A/B, and if other trailers were sold SOFA #18 is not answered; 6: The plan, section 3.4 avoids liens with secured amounts still owed; 7: Debtor proposes to pay TD Auto as a cramdown on a 2023 Chevrolet Traverse valued at $22,957.00 on A/B; however a recent order (#21) the debtor agreed to pay a FMV of $26,837.26 which is equal to the payoff on POC filed by TD Auto, and the value stated on TD Auto POC for the vehicle is $37,083.00, so that the value on A/B for this vehicle appears understated at this time.**

Because the plan and petition fail to comply with applicable provisions of the Bankruptcy Code, the case should be dismissed pursuant to 11 U.S.C. §1307 or the confirmation should be denied and the

debtor given an opportunity to submit a modified plan within reasonable time.

PREMISES CONSIDERED, David Rawlings , Standing Chapter 13 Trustee prays:

1. That the Court either dismiss the Chapter 13 case pursuant to 11 U.S.C. §1307, sustain the objection, or deny confirmation and grant the debtor a reasonable time in which to submit a modified plan.
2. The Trustee hereby objects to any amended plan filed hereafter.
3. That the Chapter 13 Trustee be granted such other and further relief to which he may be entitled.

Dated: 10/31/2026

/s/ Brian Wilson

Brian Wilson, Attorney
for Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403
(601) 582-5011

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on this day forwarded, a true and correct copy of the foregoing Objection, via the Court's ECF filing system, to: The U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; and Thomas C. Rollins, Jr, P O Box 13767, Jackson, MS 39236.

So certified on this 31st of October, 2026.

/s/ Brian Wilson

Brian Wilson