# Proceeding Minutes / Proceeding Memo

**Case #:** 26-02194 **Case Name:** Eric Raymond Williams

**Set:** 11/12/2026 10:00 am **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by TD Bank, NA (Dkt. #13) - AGREED ORDER ENTERED 9/30/26

Objection to Confirmation filed by the Trustee (Dkt. #24) - RESET TO 1/28/27 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [18] Confirmation Hearing) The Trustee's Objection (Dkt. #24) is reset to 1/28/27. Confirmation hearing removed. (mcc)