**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: November 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

**ERIC RAYMOND WILLIAMS** — **CASE NO. 26-02194 KMS**

**DEBTOR .** — **CHAPTER 13**

# ORDER RESETTING HEARING

This matter came on this date on the Objection to Confirmation filed by the Trustee (the "Objection") (Dkt. #24) and the Court having considered the facts herein, finds that the hearing on November 12, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for January 28, 2027, at 10:00 a.m., in the United States Courthouse, Courtroom 1, 109 South Pearl St., Natchez, MS 39120.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841